ACCEPTED
04-14-00560-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/30/2015 2:57:55 PM
KEITH HOTTLE
CLERK

## NO.   04-14-00560-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **FOURTH COURT** |
| | § | |
| **VERNON TRAVIS** | § | **OF APPEALS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/30/2015 2:57:55 PM
KEITH E. HOTTLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Vernon Travis, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 198th Judicial District Court of Kerr County, Texas.

2.    The case below was styled the STATE OF TEXAS vs. Vernon Travis, and numbered B13637.

3.    Appellant was convicted of Burglary of a habitation with intent.

4.    Appellant was assessed a sentence of 55years on May 7, 2014.

5.    Notice of appeal was given on July 30, 2014.

6.    The clerk's record was filed on September 12, 2014; the reporter's record was filed on December 1, 2014.

7. The appellate brief is presently due on January 31, 2015.

8. Appellant requests an extension of time of 15 days from the present date, i.e. February 13, 2015.

9. One extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Since January 5, 2015 Appellant's counsel has been involved in the following cases that have precluded Appellant's Counsel from finishing and filing the Appellate brief:

January 5, 2105- State v. Irvin, state v. Bruni, District Court Bexar County

January 6, 2015-State v. Wiley District Court Bexar County, state v. Coley, state v. Stultz, District Court Comal County

January 8, 2015 State v. Trevino, District Court Bexar County, state v. Clark County Court at Law Guadalupe County.

January 12, 2015 In the Matter of the Giese Children, District Court Comal County

January 13, 2015 State v. Clark, County Court at Law, Guadalupe County

January 14, 2015 State v. Peralez, County Court at law Bexar County

January 16, 2015 State v. Ortiz, state v. DeBord, district Court Bexar County

January 20, 2015 State v. Dale, District Court, Bandera County

January 21, 2015 State v. Escamilla, County Court at Law Bexar County

January 22, 2015 State v. Bowers, District Court Bexar County, State v. Rodrigues, District Court Comal County

January 23, 2015 State v. Baker, State v. Berry, District Court Bexar County

January 26, 2015 State v. Page, District Court Bexar County

January 29, State v. Mosqueda, District Court Bexar County

January 30, 2015 State v. Berry, State v. Watson, District Court Bexar County

In addition to handling Appellate Counsels regular court docket, Counsel has been required to work part time during the week of January 12-16 2015 and January 26-30 2015 as those weeks were the weeks scheduled for Counsel's wife to have chemotherapy

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Offices of Gary F. C Churak P.C.
14310 Northbrook Ste. 210
San Antonio, Texas 78232
Tel: (210) 491-4443
Fax: (210) 491-4446

By: /s/
Gary F. Churak
State Bar No. 04245500
churaklaw@msn.com
Attorney for Vernon Travis

## CERTIFICATE OF SERVICE

This is to certify that on January 30, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Kerr County.

/s/
_____
Gary F. Churak

**STATE OF TEXAS**        §
                          §
                          §
**COUNTY OF KERR**        §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Gary F. Churak, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause.  I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Gary F. Churak
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _January 30_ ,

2015, to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas

FABIOLA MARTINEZ
Notary Public, State of Texas
My Commission Expires
July 31, 2018